AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta
DEC 2 0 2024
KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
STEPHEN ANDREW LEEDY

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | Middle District of FL | 1:24-MJ-1112-JEM | 8:24-CR-462 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment  ☐ Complaint  ☐ Violation of Conditions of Supervised Release

**DISTRICT OF OFFENSE**
Middle District of Florida

**DESCRIPTION OF CHARGES:**
See Indictment

**CURRENT BOND STATUS:**
☐ Bail fixed at
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✓ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** Retained Own Counsel ☐  Federal Defender Organization X   ☐ CJA Attorney   ☐ None

**Interpreter Required?** No ___ Yes ___   Language: ___

**DISTRICT OF** Northern District of Georgia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/20/2024              _/s/ J. Elizabeth McBath_
Date                              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |