UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-462-KKM-NHA

STEPHEN ANDREW LEEDY

## MOTION TO UNSEAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this court to unseal the Motion for Pretrial Detention filed in the instant case.

The United States initially requested the sealing of this filing on December 17, 2024 in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge.

The necessity for the sealing of said file no longer exists in light of the recent developments in connection with this case.

Dated this 27th day of December, 2024.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Abigail K. King*
      Abigail K. King
      Assistant United States Attorney
      FL Bar No. 294963
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Abigail.King@usdoj.gov