UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

v.                           :        Case No. 8:24-CR-462-KKM-NHA

<u>STEPHEN ANDREW LEEDY</u>        :

### NOTICE OF APPEARANCE

Undersigned counsel, on behalf of the Defendant, STEPHEN ANDREW LEEDY, files his notice of appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addressed set forth below.

    Respectfully Submitted,

    *s/ Bjorn E. Brunvand*
    BJORN E. BRUNVAND, ESQ.
    BRUNVAND & WISE
    LAW GROUP
    Counsel for the Defendant
    615 Turner Street
    Clearwater, Florida 33756
    Telephone No.: (727)446-7505
    Facsimile No.: (727)446-8147
    Email: bjorn@acquitter.com
    Florida Bar No. 831077

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2025, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA.
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077
