UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

v.                           :      Case No. 8:24-CR-462-KKM-NHA

STEPHEN ANDREW LEEDY         :

### NOTICE OF APPEARANCE AS CO-COUNSEL

J.S. Lucas Fleming and Amanda Bettker-Nicholson of The Fleming Law Group P.A., on behalf of the Defendant, STEPHEN ANDREW LEEDY, files this notice of appearance as co-counsel with Bjorn E. Brunvand. The Clerk of the Court and all parties of record are hereby notified that we will appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addresses set forth below.

Respectfully Submitted,                    Respectfully Submitted,

_____                  _____
J.S. Lucas Fleming, ESQ.                   Amanda Bettker-Nicholson, ESQ
The Fleming Law Group                      The Fleming Law Group
Co-Counsel for the Defendant               Co-Counsel for the Defendant
2701 Fifth Avenue North                    2701 Fifth Avenue North
St Petersburg, Florida 33713               St Petersburg, Florida 33713
Telephone No.: (727)323-4020               Telephone No.: (727)323-4020
Facsimile No.: (727)323-9347               Facsimile No.: (727)323-9347
Lucas@fleminglawgroup.com                  Amanda@fleminglawgroup.com
Florida Bar No. 0884200                    Florida Bar No: 0014995

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 7, 2025, we electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

| | |
|---|---|
| J.S. Lucas Fleming, ESQ. | Amanda Bettker-Nicholson, ESQ |
| The Fleming Law Group | The Fleming Law Group |
| Co-Counsel for the Defendant | Co-Counsel for the Defendant |
| 2701 Fifth Avenue North | 2701 Fifth Avenue North |
| St Petersburg, Florida 33713 | St Petersburg, Florida 33713 |
| Telephone No.: (727)323-4020 | Telephone No.: (727)323-4020 |
| Facsimile No.: (727)323-9347 | Facsimile No.: (727)323-9347 |
| Lucas@fleminglawgroup.com | Amanda@fleminglawgroup.com |
| Florida Bar No. 0884200 | Florida Bar No: 0014995 |