UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-462-KKM-NH

STEPHEN ANDREW LEEDY
_____/
[OWNER OF RECORD: LYNDA M. LEEDY and STEPHEN A. LEEDY, wife and husband]

## **GOVERNMENT'S NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on October 24, 2024, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **146 8th Avenue NE, St. Petersburg, Florida 33701**, being the same premises conveyed to Lynda M. Leedy and Stephen A. Leedy, on August 28, 2001, and recorded on August 30, 2001, in Pinellas County in Book 11553, Pages 2562, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> LOT 3, BLOCK 4, REVISED MAP OF THE BAY SHORE SUBDIVISION, according to plat thereof as recorded in Plat Book 3, Page 41, of the Public Records of HILLSBOROUGH County, Florida of which Pinellas was formerly a part.
>
> Property Identification Number: 17/31/17/04842/004/0030.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 2253.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

    Respectfully Submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    s/James A. Muench
    JAMES A. MUENCH
    Assistant United States Attorney
    Florida Bar Number 472867
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000 – telephone
    E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
