UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :

v.                              :         Case No. 8:24-CR-462-KKM-NHA

STEPHEN ANDREW LEEDY            :

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, STEPHEN ANDREW LEEDY, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the September trial docket and the status hearing scheduled for August 12, 2025, and as grounds therefore, states as follows:

1. This matter is not yet ready for trial and discovery is still ongoing with additional significant productions anticipated in the future.

2. Defendant is looking at a possible life sentence in this case in if he is convicted.

3. Defendant remains detained.

4. Both defense counsel and AUSA Abigail King has a scheduling conflict on August 12, 2025.

5. The parties agree that we will be in a better position to discuss a realistic trial date in this matter in November 2025.

6. Counsel has consulted with opposing counsel, AUSA Abigail King, regarding the instant motion and she has no objection to the requested continuance.

7. Defendant waives his rights to a speedy trial through July, 2026.

8. Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial until the December 2025 trial term, with a status hearing in November 2025.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Stephen Andrew Leedy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2025, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

>*s/ Bjorn E. Brunvand*
>BJORN E. BRUNVAND, ESQ.
>BRUNVAND & WISE LAW GROUP
>Counsel for the Defendant
>615 Turner Street
>Clearwater, Florida 33756
>Telephone No.: (727)446-7505
>Facsimile No.: (727)446-8147
>Email: bjorn@acquitter.com
>Florida Bar No. 831077