**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-462-JLB-NHA

STEPHEN ANDREW LEEDY

_____/

**O R D E R**

This cause is before the Court on Defendant's Unopposed Motion to Continue, filed on November 3, 2025 (Doc. 46).  Defense counsel has moved for a continuance of trial until the January 2026 trial term.  Counsel indicates that the parties are trying to coordinate an evidence viewing, possibly during the week of November 17, 2025. Additionally, counsel will be in Norway visiting family between November 7, 2025 and November 16, 2025.  Therefore, counsel request this matter be rescheduled to the Court's January 2026 trial term.   The Government has advised the Court that there is no objection to the motion.

Accordingly, Defendant's Unopposed Motion to Continue (Doc. 46) is **GRANTED**.   This case is continued until the **January 2026 TRIAL TERM**, commencing January 5, 2026.  After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.  The Court, therefore,

determines that the time from today until the end of the January 2026 trial term shall

be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The status conference is rescheduled for **December 8, 2025 at 1:30 PM** via

zoom video conference before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on November 3, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE


Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services