UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No. 8:24-cr-462-KKM-NH

STEPHEN ANDREW LEEDY
_____/
[OWNER OF RECORD: LYNDA M. LEEDY and STEPHEN A. LEEDY, wife and husband]

## RELEASE OF LIS PENDENS

The United States of America hereby releases and withdraws the Notice of Lis Pendens recorded on January 29, 2025, Instrument No. 2025028463, in Official Records Book 23046, Pages 1075-1077, of the Public Records of Pinellas County, Florida for the real property including all improvements thereon and appurtenances thereto, located at **146 8th Avenue NE, St. Petersburg, Florida 33701**, which is legally described as:

> LOT 3, BLOCK 4, REVISED MAP OF THE BAY SHORE SUBDIVISION, according to plat thereof as recorded in Plat Book 3, Page 41, of the Public Records of HILLSBOROUGH County, Florida of which Pinellas was formerly a part.
>
> Property Identification Number: 17/31/17/04842/004/0030.

This property is no longer subject to forfeiture in the instant case.

        Respectfully Submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   *s/ James A. Muench*
      JAMES A. MUENCH
      Assistant United States Attorney
      Florida Bar Number 472867
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      (813) 274-6000 – telephone
      E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

        *s/ James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney