UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:24-cr-462-KKM-NHA

STEPHEN ANDREW LEEDY

## AMENDED BILL OF PARTICULARS
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following assets are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment:

    a. A Vectotech SSD portable external hard drive (SN: VT800029611);

    b. A black SSD portable external hard drive (SN: 2253E6F05273);

    c. An Apple iPhone 11 Pro Max, Model A2161 (SN: F2LZC5RGN70Q); and

    d. An Apple iPad mini in orange case, Model A2133 (SN: DMPZN06SLM9D); and

e. Approximately $102,469.33 in lieu of the real property located at 146 8th Avenue NE, St. Petersburg, Florida 33701.[1]

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney

---

[1] Per the terms of the settlement agreement, one-half of the net sales proceeds were paid to the trust account of attorney Lucas Fleming to be held by attorney Lucas Fleming until the conclusion of the litigation in this case and a determination is made by the court regarding the forfeitability of the Property.

2