UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:24-cr-462-KKM-NHA

STEPHEN ANDREW LEEDY

### NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.

Assistant United States Attorney Ilyssa M. Spergel has been assigned as co-

counsel in this case. Please forward all materials in this case to both counsel and

co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Ilyssa Spergel*
Ilyssa Spergel
Assistant United States Attorney
Florida Bar No.: 102856
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov

**U.S. v. Stephen Andrew Leedy**                    **Case No. 8:24-cr-462-KKM-NHA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2nd, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to the following:

Counsel of Record


*/s/ Ilyssa Spergel*
Ilyssa Spergel
Assistant United States Attorney
Florida Bar No.: 102856
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov