UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA : 

v. : Case No. 8:24-CR-462-JLB-NHA

STEPHEN ANDREW LEEDY :

## WAIVER OF SPEEDY TRIAL

I, STEPHEN ANDREW LEEDY, having been fully advised by my counsel of my right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*, and the United States Constitution, hereby agree to waive my right to a speedy trial, through and including June 30, 2027.  Further, I authorize my attorney to electronically sign this waiver on my behalf as discussed via electronic means today.

Executed this 13th day of June, 2026, in Pinellas County, Florida.

*/Stephen Andrew Leedy*
STEPHEN ANDREW LEEDY
Defendant

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2026, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP
Counsel for the Defendant